

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL JOY<br>*Assistant Corporation Counsel*<br>phone: (718) 620-1083<br>fax: (718) 620-1003<br>email: djoy@law.nyc.gov |
|---|---|---|

April 18, 2017

**BY ECF**
Honorable James Orenstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Matthew Itkin v. City of New York, et al.</u>, 17 CV 187 (RRM) (JO)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above referenced case.

      I am writing in advance of the status conference scheduled for April 24, 2017 to advise the Court that the parties have reached a settlement in this action and anticipate filing a stipulation of Settlement and Discontinuance in short order.

      Thank you for your time and attention to this matter.

                                                  Respectfully submitted,

                                                  /s/

                                                  Daniel Joy, Esq.
                                                  Assistant Corporation Counsel

      <u>BY ECF</u>
Cc:    Brett H. Klein, Esq.
         *Attorney for Plaintiff*